IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MICHAEL TYLER GAA,            )
                              )
          Plaintiff,          )         8:14CV176
                              )
     v.                       )
                              )
JOHN R. PEKAS and             )         ORDER
AAA COLLECTIONS MIDWEST, INC.,)
d/b/a AAA COLLECTIONS, INC.,  )
                              )
          Defendants.         )
_____)
```

This matter is before the Court on the joint stipulation of case dismissal with prejudice (Filing No. 14). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay its own costs.

DATED this 19th day of September, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court